THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD BAUER, Defendant-Appellant.

(No. 74-382;

Second District (1st Division)—June 18, 1975.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

John J. Bowman, State's Attorney, of Wheaton, for the People.